ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 9 2004 ★
BROOKLYN OFFICE

| | |
|---|---|
| In Re Ciprofloxacin Hydrochloride Antitrust Litigation ) ) ) | Master File No. 1:00-MD-1383 |
| This Document Relates to: ) ) | Hon. David G. Trager, U.S.D.J.<br>Hon. Steven M. Gold, U.S.M.J. |
| ALL ACTIONS ) | |

## NOTICE OF BAYER AG'S AND BAYER CORPORATION'S MOTION TO DISMISS COUNT V OF THE [PROPOSED] INDIRECT PURCHASER CLASS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Bayer AG and Bayer Corporation, by and through their attorneys, will move this Court for an Order to dismiss Count V of the [Proposed] Indirect Purchaser Class Plaintiffs' Second Amended Consolidated Class Action Complaint (December 23, 2003). For reasons set forth in the accompanying Memorandum of Law in Support of the Motion of Bayer Defendants to Dismiss Count V of the Indirect Purchaser Complaint Based on Threshold Grounds, Count V fails to state a cognizable legal claim. Accordingly, Count V should be dismissed.

*/s/ K.D. McDonald*

| | |
|---|---|
| Phillip A. Proger (PP-5794) | Fred H. Bartlit, Jr. (FB-0197) |
| Kevin D. McDonald (KM-2363) | Peter B. Bensinger, Jr. (PB-1671) |
| William V. O'Reilly (WO-9030) | Michael J. Valaik (MV-0620) |
| Lawrence D. Rosenberg (LR-1850) | Paul J. Skiermont (PS-8782) |
| **JONES DAY** | **BARTLIT BECK HERMAN** |
| 51 Louisiana Avenue, N.W. | **PALENCHAR & SCOTT LLP** |
| Washington, DC 20001-2113 | Courthouse Place, Suite 300 |
| (202) 879-3939 | 54 West Hubbard Street |
| | Chicago, IL 60610 |
| | (312) 494-4400 |

*Attorneys for Defendants
Bayer AG and Bayer Corporation*

Dated: May 28, 2004